**Order entered July 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00816-CV

### IN RE ROBERT GARZA, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-50355-2013**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

By opinion of this date, the Court denied relator's petition for writ of mandamus.

Accordingly, we **DENY AS MOOT** relator's emergency motion for stay.

/s/    ROBERT M. FILLMORE
        JUSTICE